UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDER LEONEL RIVERO-GARCIA,<br><br>Petitioner(s),<br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondent(s). | CASE NO. C26-1720-KKE<br><br>ORDER CONSTRUING FILING AND TERMINATING MOTION |

The Court previously granted an immigration habeas petition filed by Petitioner (through counsel) and ordered his release from detention. Dkt. No. 11. Petitioner was released in June 2026 (Dkt. No. 13) and then detained again in August 2026. Dkt. No. 14. Petitioner, representing himself, filed a document styled as a "motion to enforce judgment and for immediate release" on October 23, 2026. *Id*.

The Court has reviewed this motion and finds that Petitioner should seek this relief via a new habeas petition, rather than a motion to enforce. Petitioner's motion raises claims not previously adjudicated with respect to the potential applicability of 8 U.S.C. § 1231 and 8 C.F.R. § 241.4. Dkt. No. 14 at 4–5.

Accordingly, the Court directs the Clerk to TERMINATE the pending motion and to send Petitioner the Instruction Sheet for Unrepresented (Pro Se) Immigration Habeas Corpus Cases. When Petitioner files a new petition, a new case will be opened.

Dated this 28th day of October, 2026.

Kymberly K. Evanson
United States District Judge